IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY FLEISCHER, <br><br> Plaintiff, <br><br> v. <br><br> ACCESSLEX INSTITUTE d/b/a ACCESS GROUP; CONDUENT EDUCATION SERVICES, LLC f/k/a ACS EDUCATION SERVICES; MASSACHUSETTS HIGHER EDUCATION ASSISTANCE CORPORATION d/b/a AMERICAN STUDENT ASSISTANCE; DELTA MANAGEMENT ASSOCIATES, INC.; F.H. CANN & ASSOCIATES, INC., <br><br> Defendants. | Case No. 17-cv-08295 <br><br> Judge: Manish S. Shah <br><br> Magistrate Judge: Jeffrey Cole |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, DELTA MANAGEMENT ASSOCIATES, INC. ("Delta"), by its attorneys David M. Schultz and Brittney N. Cato, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant it a 15-day enlargement of time to file its responsive pleading to plaintiff's Complaint, and in support thereof states as follows:

1. Plaintiff's Complaint purports to state several claims against Defendants under state and federal laws. Plaintiff's Complaint alleges violations of the following: (I) the Illinois Consumer Fraud and Deceptive Business Practices Act; (II) the federal Fair Debt Collection Practices Act; (III) Breach of Contract; (IV) Promissory Estoppel; (V) Fraudulent Misrepresentations; (VI) Negligent Misrepresentations; and (VII) Fraudulent Concealment. Docket Entry ("DE") 1.

2. The lawsuit was filed on November 15, 2017. DE 1. Delta was served on November 17, 2017, 2017 and its responsive pleading is due on January 16, 2018. DE 14.

3. Defense counsel was recently retained to appear and defend the instance case. Defense counsel has filed appearances concurrently with the instant motion.

4. Defendant respectfully requests an additional 15 days, up to and including January 31, 2018, to file a responsive pleading.

5. A status hearing is currently set for February 1, 2018. Delta is prepared to timely file the joint status report and to participate in the February 1, 2018, status hearing. DE 6.

6. This request is not made to delay matters and will not prejudice any party in the litigation. Instead, the time is needed to pursue resolution of this matter, analyze the pleading, and prepare the appropriate response to the Complaint.

7. Defense counsel reached out to Plaintiff's counsel prior to filing the instant motion and Plaintiff's counsel agreed to the enlargement of time requested herein.

WHEREFORE, Defendant, DELTA MANAGEMENT ASSOCIATES, INC., respectfully requests that this Court grant a 15-day enlargement of time from the original deadline, up to and including January 31, 2018, to file a responsive pleading to Plaintiff's Complaint.

301032331v1 3072

                                      Respectfully submitted,

                                      HINSHAW & CULBERTSON LLP

                                      /s/ *Brittney N. Cato*

David M. Schultz                           Brittney N. Cato
Brittney N. Cato
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
bcato@hinshawlaw.com

3