## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jeffrey Fleischer

                                Plaintiff,

v.                                                        Case No.: 1:17−cv−08295
                                                                      Honorable Manish S. Shah

Accesslex Institute, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2018:

       MINUTE entry before the Honorable Manish S. Shah: Defendant Conduent's motion for leave to file excess pages [22] is granted. Defendant Delta's motion for extension of time to file answer [20] is granted. All defendants must respond to and answer the complaint by 2/15/18. Defendant Massachusetts Higher Education Assistance Corporation's deadline for the initial exchange of discovery under the MIDP is extended and tied to the same date as the other defendants, following their answers on 2/15/18. The briefing schedule on the existing [23] [25], and any forthcoming, motions to dismiss is as follows: plaintiff's response is due 3/8/18; defendants' replies are due 3/22/18. The status hearing on 2/1/18 is stricken and reset to 4/5/18 at 9:30 a.m. By 4/3/18, the parties are directed to file a status report with a proposed discovery schedule. Notices mailed. notice(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.